IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRUCE RICH,

    Plaintiff,

v.                                          CASE NO. 1:10-cv-00157-MP -AK

JEFFERY ANDREWS, et al,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Plaintiff's Motion for Extension of Time to Comply with Order. (Doc. 5). Having considered said motion, the Court is of the opinion that it should be GRANTED, and Plaintiff shall have through September 17, 2010, to comply with the Court's previous Order directing the submission of inmate account information. (See Doc. 4).

**DONE AND ORDERED** this  *7th* day of September, 2010

                                   *s/Maurice M. Paul*
                                   Maurice M. Paul, Senior District Judge