IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRUCE RICH,

    Plaintiff,

v.                                                   CASE NO. 1:10-cv-00157-MP -GRJ

JEFFERY ANDREWS, et al,

    Defendants.

_____/

## O R D E R

This matter is before the Court upon Plaintiff's Second Motion for Extension of Time to File Application for IFP. (Doc. 8). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through **October 15, 2010**, to comply with the Court's previous Order. (See Doc. 4).

**DONE AND ORDERED** this 17th day of September, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge