IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRUCE RICH,

    Plaintiff,

v.                                                              CASE NO. 1:10-cv-157-MP-GRJ

JEFFERY ANDREWS,
et al,

    Defendants.

_____/

## O R D E R

This case is before the Court on Doc. 24, Defendants' motion for a thirty-day extension of time to respond to the Complaint.  Upon due consideration, it is

**ORDERED:**

1. That the motion, Doc. 24, is **GRANTED.**

2. Defendants shall respond to the Complaint **on or before June 16, 2011**.

**DONE AND ORDERED** this 17th day of May 2011.

                        *s/ Gary R. Jones*
                        GARY R. JONES
                        United States Magistrate Judge