### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

BRUCE RICH,

    Plaintiff,

v.                                                  CASE NO. 1:10cv157-MP-GRJ

EDWIN G. BUSS, et al.,

    Defendants.

_____/

### O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 12, 2012. (Doc. 52). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. Defendants' motions for summary judgment (docs. 38 and 42) are GRANTED and the Clerk is directed to enter final judgment in favor of defendants.

    **DONE and ORDERED** this 4th day of March, 2012.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**