IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRUCE RICH,

    Plaintiff,

v.                                           CASE NO. 1:10-cv-00157-MP-GRJ

MICHAEL D. CREWS, Secretary,
Florida Department of Corrections, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 9, 2014. (Doc. 99). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Neither party has objected to the Report and Recommendation, and the time for doing so has passed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     Plaintiff's Motion for Voluntary Dismissal (Doc. 97) is GRANTED.

2.     This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

**DONE AND ORDERED** this  *10th* day of February, 2014



Maurice M. Paul, Senior District Judge